AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| SAUL VELAZQUEZ-BAZAN<br>AARON GARCIA<br>JOSEPH RUMORE | )<br>)<br>) | 8:16-mj- 1545-T-AAS |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 2016 to present__ in the county of __Hillsborough__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | conspiracy to possess with the intent to distribute cocaine; |
| 21 U.S.C. § 841(a)(1) | possession with the intent to distribute cocaine; and |
| 31 U.S.C. § 5332 | bulk cash smuggling. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Erik Thelander, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 17, 2016

*Judge's signature*

City and state: Tampa, Florida     Amanda Arnold Sansone, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Erik Thelander, being first duly sworn, depose and state as follows:

1. I am a Special Agent/Law Enforcement Officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, employed by United States Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I have been so employed since June 11, 2007. Previously, I was a Patrol Agent with the United States Border Patrol since February 23, 1998. I am a graduate of the Criminal Investigators Training Program and Customs Basic Enforcement School at the Federal Law Enforcement Training Center in Brunswick, Georgia, which included training on detecting and investigating money laundering, bulk cash smuggling, and cocaine possession and distribution. I investigate violations of federal law relating to financial crimes and the cross-border flow of people and goods. I have investigated numerous cases involving patterns of conduct similar to that described in this Affidavit.

2. The facts in this affidavit are based on information from an investigation by HSI and the Hillsborough County Sherriff's Office (HCSO) into a bulk cash smuggling and cocaine distribution organization in Plant City, Florida. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. Because this affidavit is intended to show merely that there is sufficient probable cause for the authorization of the Criminal Complaint, it does not set forth all of the facts known to law enforcement about this investigation.

3. This affidavit is made in support of a Criminal Complaint charging **SAUL VELAZQUEZ-BAZAN, AARON GARCIA, and JOSEPH RUMORE** with Conspiracy to Possess Cocaine with Intent to Distribute, in violation of 21 U.S.C. § 846; Possession of Cocaine

with Intent to Distribute, in violation of 21 U.S.C. § 841(a)(1); and Bulk Cash Smuggling, in violation of 31 U.S.C. § 5332.

**PROBABLE CAUSE**

4. On January 17, 2016, HSI and HCSO were conducting surveillance at a business located at 1107 Turkey Creek Road in Plant City, Florida. Law enforcement observed Saul VELAZQUEZ-Bazan (hereinafter "VELAZQUEZ") remove a small black travel bag from his 2010 Chevrolet Tahoe and place it in between the top of the spare tire and the undercarriage of a maroon Toyota 4Runner with the help of another Hispanic male. Law enforcement observed the Toyota 4Runner leave the business and travel to northbound Interstate 75, where the vehicle was stopped by a marked law enforcement vehicle with the Pasco County Sheriff's Office. A consent search was conducted on the vehicle and the small black travel bag was retrieved from the spare tire. The travel bag contained $178,455.00 in United States currency.

5. On April 28, 2016, law enforcement was conducting surveillance of VELAZQUEZ and Aaron GARCIA (hereinafter "GARCIA") at the Hooter's Restaurant in Lakeland, Florida. Two undercover HCSO detectives (UCs), one being an HSI Task Force Officer (TFO), went inside the restaurant to observe VELAZQUEZ and GARCIA. While inside the restaurant, one of the UCs began a conversation with VELAZQUEZ, which led to UCs sitting at the same table with VELAZQUEZ and GARCIA. As the conversation continued, VELAZQUEZ and GARCIA freely admitted to selling cocaine and talked about how profitable selling cocaine was in Florida. VELAZQUEZ had GARCIA exchanged telephone numbers with the UC TFO in order to start selling cocaine to him. On May 3, 2016, the UC TFO purchased two ounces of cocaine from GARCIA for $2,500.00 in undercover funds. The purchase was audio and video recorded.

6. On May 20, 2016, HCSO/HSI coordinated an undercover purchase of five ounces of cocaine from GARCIA. The UC TFO arrived at the meeting location in Plant City, Florida and GARCIA arrived minutes later. GARCIA exited his vehicle holding a Publix Sugar Box and walked over to the UC TFO and handed him the box containing the five ounces of cocaine. The UC TFO weighed the cocaine and handed GARCIA $5,500.00 for the cocaine. The UC TFO and GARCIA talked for several minutes about the cocaine and GARCIA stated he recently transported $1,300,000.00 for Saul VELAZQUEZ-Bazan to Mexico and was paid $15,000.00 for the trip. The UC TFO and GARCIA talked for several more minutes before departing the meeting location. The substance field tested positive for the presence of cocaine. The meeting was video and audio recorded.

7. Also on May 20, 2016, HSI and HCSO were conducting surveillance at VELAZQUEZ's business, located at 1107 Turkey Creek Road in Plant City, Florida. Officers observed the vehicle that GARCIA was driving during the undercover purchase of cocaine and a semi-truck and trailer enter the property almost simultaneously. A young Hispanic male handed the driver of the semi-truck two white plastic bags. The driver entered the semi-truck on the passenger side and placed the bags inside of the semi-truck. The driver exited the truck and re-entered the truck on the driver's side, and drove away from the business shortly thereafter. HSI and HCSO maintained surveillance until Florida Highway Patrol (FHP) conducted a traffic stop on southbound Interstate 75. FHP conducted a search of the semi-truck and trailer which resulted in the seizure of $398,855.00 in United States Currency. The driver denied ownership of the money and stated that he did not know anything about the money or that there was even money in the semi-truck.

8. On May 31, 2016, the UC TFO conducted an undercover meeting with GARCIA to discuss the possible transportation of currency and narcotics for the organization. The UC TFO showed Aaron GARCIA an undercover vehicle with a non-factory compartment to be used for transporting illicit cargo. GARCIA stated the UC TFO could fit a large sum of currency and kilograms of narcotics in the compartment. GARCIA told the UC TFO that he would have to drive the currency to Matamoros, Tamaulipas, Mexico and drive the narcotics from Houston, Texas to Plant City, Florida. GARCIA referred to the kilograms of narcotics as "munecas" (Spanish for dolls). GARCIA stated the UC TFO would be paid $2,000.00 per "muneca" that he transported. GARCIA stated he was going to meet with his boss (Saul VELAZQUEZ-Bazan) to tell him about the UC TFO and the vehicle with the compartment. The meeting was video and audio recorded.

9. On June 9, 2016, the UC TFO conducted an undercover meeting with Saul VELAZQUEZ-Bazan and GARCIA to discuss the transport or transfer of the illicit proceeds from the sale of cocaine for the organization. GARCIA introduced VELAZQUEZ to the UC TFO as his boss and GARCIA called VELAZQUEZ the big boss. The UC TFO told VELAZQUEZ and GARCIA that he could either drive or conduct a wire transfer of the funds for VELAZQUEZ and GARCIA. VELAZQUEZ stated he was going to need to deliver money to the UC TFO two to three times a week. The meeting was video and audio recorded.

10. On June 10, 2016, HSI and HCSO observed a semi-truck arrive at VELAZQUEZ's business, located at 1107 Turkey Creek Road in Plant City, for a short period of time and depart the property. On June 15, 2016, the UC TFO had a conversation via telephone with GARCIA. GARCIA stated that the organization received an 80 kilogram shipment of cocaine to the warehouse (VELAZQUEZ's business located at 1107 Turkey Creek Road, Plant

City) on Friday (June 10, 2016). GARCIA stated that all 80 kilograms of cocaine were already distributed, and the organization had a 50 kilogram shipment of cocaine seized during transport from Texas to Florida on Monday (June 13, 2016). GARCIA stated the organization was anticipating another 50 kilogram shipment of cocaine by the end of the week (June 16 or 17, 2016). The conversation was audio and video recorded.

11. On June 21, 2016, the UC TFO and GARCIA were discussing the delivery of one to two kilograms of cocaine and GARCIA stated he needed to go to the "warehouse" to obtain the cocaine. GARCIA was observed arriving at the business 1107 Turkey Creek Road, Plant City, Florida, several minutes after the conversation ended. The conversation was audio recorded.

12. On July 14, 2016, HCSO and HSI coordinated an undercover purchase of 10 ounces of cocaine directly from VELAZQUEZ in exchange for $11,500 in UC funds. Law enforcement observed VELAZQUEZ leave 1107 Turkey Creek Road, Plant City, and travel directly to meet the UC TFO at the meeting location in Plant City, Florida. Once at the meeting location, VELAZQUEZ got into the UC TFO's vehicle. The meeting was audio and video recorded. VELAZQUEZ and the UC TFO talked for approximately 1.5 hours, during which time VELAZQUEZ talked to the UC about VELAZQUEZ's cocaine business in detail and how he "cleans" his money. VELAZQUEZ stated that he had a guy that laundered his proceeds from selling cocaine and that the individual would charge VELAZQUEZ 10% of the total amount of money given to him to launder. VELAZQUEZ stated that he had an individual who VELAZQUEZ referred to as a "redneck" who sold more coke than anyone, but that the "redneck" was partying too much with the girls. VELAZQUEZ made several telephone calls to the "redneck," who he later referred to as "JOE." Because of the volume on VELAZQUEZ's

cell phone, the UC TFO was able to hear "JOE" talking to VELAZQUEZ. VELAZQUEZ asked "JOE" to bring 10 ounces to him, but "JOE" stated that he was unable to deliver the cocaine. VELAZQUEZ told the UC TFO that "JOE" had already distributed 10 kilograms and needed an additional 3 kilograms before another shipment arrived from Mexico. Based on surveillance of Joseph RUMORE going to the business at 1107 Turkey Creek Road on multiple occasions and RUMORE's known previous cocaine trafficking activities, law enforcement believed "JOE" to be Joseph RUMORE. From July 25, 2016 to July 28, 2016, law enforcement surveilled RUMORE. Law enforcement did not observe RUMORE going to work or a place of business, but instead frequent locations that are known for high drug activity.

13. On July 26, 2016, HCSO/HSI coordinated an undercover purchase of 10 ounces of cocaine directly from VELAZQUEZ. HSI and HCSO conducted surveillance at the business located at 1107 Turkey Creek Road in Plant City, Florida. HSI and HCSO observed VELAZQUEZ get into his Ford flatbed vehicle with a small black bag and travel to the meeting location in Plant City, Florida. Once at the meeting location, VELAZQUEZ entered into the vehicle of the UC TFO with the same small black bag. The UC TFO handed Saul VELAZQUEZ a can containing $11,500.00 for the purchase of cocaine and VELAZQUEZ handed the UC TFO the small black bag which contained the cocaine. VELAZQUEZ got out of the UC's vehicle, into his vehicle, and exited the meeting location. VELAZQUEZ stopped at another business in Plant City, Florida before returning to 1107 Turkey Creek Road. The substance field-tested positive for the presence of cocaine. The meeting was video and audio recorded.

14. On July 28, 2016, HSI conducted surveillance of RUMORE's residence in Plant City, Florida. HSI observed RUMORE leave the residence in a vehicle and travel to the Dollar General Store at the intersection of U.S. Highway 301 and Fowler Road. RUMORE was inside

the Dollar General Store when VELAZQUEZ and another Hispanic male, believed to be Alexandro Velazquez, arrive at the store in VELAZQUEZ's Chevrolet Tahoe. HSI observed Alexandro Velazquez exit the vehicle with a black backpack walk over to the passenger side of RUMORE's vehicle and appeared to remove unknown items from the backpack and place them in RUMORE's vehicle. Alexandro Velazquez walked over to the driver's side of RUMORE's vehicle while RUMORE went to the passenger side of his vehicle and appeared to rearrange the items that were placed in his vehicle by Alexandro Velazquez. RUMORE closed the passenger side door and walked to the driver's side of his vehicle to speak with SAUL VELAZQUEZ. Alexandro Velazquez walked away from RUMORE's vehicle and entered into the driver's side of the Chevrolet Tahoe. SAUL VELAZQUEZ appeared to be visibly upset with RUMORE; he gestured his arms and pointed at RUMORE in what looked to be angry manner. RUMORE and SAUL VELAZQUEZ both entered into RUMORE's vehicle with SAUL VELAZQUEZ driving and the vehicle left the parking lot. The Chevrolet Tahoe driven by Alexandro Velazquez also left the parking lot and followed RUMORE's vehicle. HSI attempted to follow, but it appeared to the agents that VELAZQUEZ was looking for vehicles following them therefore, surveillance was terminated.

15. On August 4, 2016, HCSO and HSI coordinated an undercover purchase of one kilogram of cocaine directly from VELAZQUEZ. HSI and HCSO conducted surveillance at the business located at 1107 Turkey Creek Road in Plant City, Florida. HSI and HCSO observed VELAZQUEZ leave the business in his Chevrolet Tahoe and travel to the meeting location in Plant City, Florida. VELAZQUEZ got into the UC TFO's vehicle with a cardboard box normally used to store kitchen garbage bags. This meeting was audio and video recorded. The UC TFO had a money counter and demonstrated it for VELAZQUEZ with a portion of the UC

funds intended to purchase cocaine. The UC TFO then handed VELAZQUEZ a cereal box containing $34,000.00 in UC funds for the purchase of cocaine, and VELAZQUEZ handed the UC TFO the kitchen garbage bag cardboard box containing the cocaine. The UC TFO then gave VELAZQUEZ the money counter as a gift. VELAZQUEZ stated the money counter was going to make his life easier and accepted the gift. During the conversation between the UC TFO and VELAZQUEZ, VELAZQUEZ stated that he was going to receive 30 more kilograms of cocaine on either August 5 or 6, 2016, and he had 10 kilograms of methamphetamines that he would sell for $30,000.00 each to the UC TFO. VELAZQUEZ stated that "JOE" (Joseph RUMORE) normally sells 10 kilograms of cocaine every two weeks for the organization. VELAZQUEZ exited the UC vehicle with the money counter, got into his vehicle, and departed the meeting location. VELAZQUEZ drove directly to his business at 1107 Turkey Creek Road in Plant City, Florida. The kilogram field tested positive for the presence of cocaine.

16. The pattern seen by investigators has shown that on days the semi-trucks arrive at 1107 Turkey Creek Road, Plant City, workers at the VELAZQUEZ's business will arrange pallets to obscure the view of the business from the street. A semi-truck and trailer will then arrive and stay for only a short period of time without apparently conducting any business. Two of the semi-truck drivers that have been identified have either been convicted for narcotics violations and/or are associated narcotics through other narcotics investigations. Shortly after the departure of the semi-truck, individuals including Joseph RUMORE, known to be associated with cocaine trafficking, arrive at VELAZQUEZ's business, and stay for a brief period of time and then depart seemingly without having a legitimate business reason to have been there. Based on my education training and experience working narcotics investigations, I believe that the semi-trucks are delivering multi-kilogram amounts or "loads" of cocaine to VELAZQUEZ at the

business and he is subsequently breaking the load into smaller amounts and distributing them to resellers including Joseph RUMORE.

17. On August 10, 2016, HCSO was conducting surveillance on RUMORE and his residence. RUMORE got into his Ford F350 truck and drove to a nearby Marathon Gas Station. RUMORE exited his vehicle and enter the store at the gas station. After a short amount of time, RUMORE exited the store and spoke to a person before getting back into his vehicle. RUMORE started the vehicle, but the vehicle did not move for approximately 30 minutes. HCSO drove by the vehicle and observed RUMORE unconscious with the vehicle's engine running. HCSO called for a marked HCSO unit to conduct a welfare check on RUMORE. The HCSO marked unit arrived and an HCSO Deputy determined RUMORE to be intoxicated and arrested RUMORE. RUMORE was in possession of five Apple iPhone cellular telephones and $4,360.00 in United States Currency. One of the iPhones had several visible text messages on the screen. Two messages were from telephone number 407-409-0160. This telephone number is being currently utilized by VELAZQUEZ, and the telephone number was confirmed by the UC TFO as being the same telephone number used to communicate with Saul VELAZQUEZ-Bazan to purchase cocaine.

18. RUMORE was arrested and booked into the Hillsborough County Jail in Tampa, Florida, and his vehicle was impounded. Both RUMORE and his vehicle were released the following day on August 11, 2016. The same day, HCSO observed RUMORE drive his vehicle to VELAZQUEZ's business located at 1107 Turkey Creek Road, Plant City, Florida. RUMORE met with VELAZQUEZ for approximately 45 minutes. RUMORE then traveled to an area north of Plant City which is known for high drug activity.

19. RUMORE has previously been arrested twice on State of Florida cocaine trafficking charges. RUMORE's vehicle has been observed approximately 10 times arriving at VELAZQUEZ's business for a short period of time. The times that RUMORE's vehicle arrived at the business were the same day to three days after a semi-truck and trailer left the business. Based on my education training and experience working narcotics investigations, I believe that the semi-trucks are delivering multi-kilogram amounts or "loads" of cocaine to VELAZQUEZ at the business and he is subsequently breaking the load into smaller amounts and distributing them to resellers, including RUMORE. A Pen Register for VELAZQUEZ's cellular telephone has recorded four telephone numbers that were identified by HCSO as belonging to RUMORE.

20. RUMORE lives in a trailer on the property located at 6609 North Dormany Road, Plant City. That parcel, and the parcel just south of his residence, located at 6309 North Dormany Road, Plant City, are owned by RUMORE's parents. Both parcels are in a secluded, rural location and include outdoor structures such as sheds and barns. In my training and experience, based on the nature and seclusion of the properties, they are ideal locations for concealing drug trafficking activities and storing large quantities of narcotics and proceeds. On May 4, 2016, law enforcement observed a tractor-trailer truck arrive at the pallet yard at 1107 Turkey Creek Road. The trailer had Texas plates and the driver is originally from the South Texas area. Also on May 4, 2016, after the truck had arrived and departed, law enforcement observed RUMORE arrive at the pallet yard at 1107 Turkey Creek Road at approximately 3:10 p.m. and leave at approximately 3:54 p.m. RUMORE traveled directly to 6309 North Dormany Road, just south of his residence, arriving there at approximately 4:18 p.m. Once at 6309 North Dormany Road, law enforcement observed RUMORE enter the gate and park near a barn on the southwest corner of the property in an open field, which is not near any other structure on the

property. Because of the rural location, law enforcement was concerned that RUMORE would see them and they were unable to see whether RUMORE entered the barn. However, law enforcement observed that RUMORE was at the barn location for a short time, then left and went directly to his house located at 6609 North Dormany Road.

## CONCLUSION

21. Based on the above information, I respectfully submit that there is probable cause to believe that **SAUL VELAZQUEZ-BAZAN, AARON GARCIA, and JOSEPH RUMORE** have committed violations of federal law including conspiracy to possess with the intent to distribute cocaine (21 U.S.C. § 846), possession with intent to distribute cocaine (21 U.S.C. § 841), and bulk cash smuggling (31 U.S.C. § 5332). I therefore respectfully request that this Court authorize the requested Criminal Complaint.

Erik Thelander
Special Agent
Homeland Security Investigations

Sworn and subscribed to before me
this 17th day of August, 2016.

AMANDA ARNOLD SANSONE
UNITED STATES MAGISTRATE JUDGE